IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER T BABICH                    No C-09-698 VRW (PR)

       Plaintiff,

   v

CALIFORNIA DEPARTMENT OF                ORDER OF DISMISSAL
CORRECTIONS AND REHABILITATION,

       Defendant.
_____/

     This civil rights action by a prisoner was filed on February 18, 2009.  Doc #1.  Shortly thereafter, the court notified plaintiff in writing that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 USC § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within thirty days would result in dismissal of the action.  Doc #3.  On April 1, 2009, plaintiff requested that the court grant him until May 25, 2009 to file the

1  requested items.  Doc #5.
2          To date, plaintiff has not filed the court with the
3  requisite items, nor has he sought another extension of time to do
4  so.  Accordingly, the action is DISMISSED without prejudice.
5          The clerk shall close the file and terminate all pending
6  motions as moot.

9          IT IS SO ORDERED.

                                   _____
                                   **VAUGHN R WALKER**
                                   **United States District Chief Judge**

26  G:\PRO-SE\VRW\CR.09\Babich-09-678-dismissed-ifp deficiency.wpd